IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 99-C-0197-C |
| THOMAS R. FRANZINI, | ) |
| Defendant, | ) |
| and | ) |
| THE BOLDT COMPANY, | ) |
| Garnishee Defendant. | ) |

ORDER DISMISSING GARNISHMENT

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter based on defendant no longer being employed by garnishee defendant,

IT IS HEREBY ORDERED that the garnishment be dismissed and the garnishee defendant be released from any further obligation in this case.

Entered this __13th__ day of __February__, 2008.

BY THE COURT:

Barbara B. Crabb
United States District Judge