IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 99-C-0197 ) |
| THOMAS R. FRANZINI, | ) ) |
| Defendant. | ) ) ) |

ORDER

Upon consideration of the motion by the United States, the Order to Show Cause is hereby vacated because defendant has provided answers to the United States' Interrogatories and Request for Production of Documents.

Dated this _22nd_ day of _October_, 2010.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge